UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM WILLIAMS BAYER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9702** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA, ET AL.** | **SECTION "L" (4)** |

## ORDER

Having reviewed the briefing on Plaintiff's application for attorney's fees and costs and the Magistrate Judge's Report and Recommendation, R. Doc. 76, the Court approves the Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's application for attorney's fees, R. Doc. 64, is **GRANTED** and that Plaintiff is awarded attorney's fees in the amount of $159,947.00.

**IT IS FURTHER ORDERED** that Plaintiff's application for costs is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Unum Life Insurance Company of America shall satisfy its obligation to Plaintiff no later than twenty-one (21) days after this Order.

New Orleans, Louisiana, this 17th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE